MICHEL v. MICHEL.                    .

| 74 | 577 |
| 90 | 230 |

**Appeal**: NO SHOWING OF SERVICE OF NOTICE. Where the abstract con-
  tains a notice of appeal, but contains no evidence or averment that
  such notice was served on the appellee or his attorney, or on the
  clerk of the trial court, this court has no jurisdiction except to dis-
  miss the cause.

*Appeal from Linn District Court.*

FILED, MAY 31, 1888.

*Thompson & Lanning*, for appellant.

No appearance for appellee.

REED, J.—Plaintiff brought an action for divorce in
the district court of Linn county, on the ground of
abandonment.   He has filed in this court an abstract,
which contains the petition and evidence introduced on
the trial, and the order of the court dismissing the peti-
tion.   The record also shows that the original notice was
served by publication in a newspaper published in the
county.   What purports to be a notice of appeal is also
set out in the abstract; but there is no evidence in the
record that this notice was ever served, either on the
defendant or the clerk; nor is there any averment in the
abstract that it was served.   An appeal to this court can
be taken only by serving a written notice upon the
adverse party, or his attorney, and the clerk.   Code,
secs. 3178, 3179.   The service of such notice is essential
to give this court jurisdiction of the cause, and the facts
essential to jurisdiction must be shown by the record.
As it does not appear that an appeal has been perfected
in the case, the only action we can take in it is to strike
it from the docket.                        DISMISSED.